UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MIDDLETON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HALIBURTON ENERGY SERVICES, INC.,<br><br>　　　　Defendant. | No. 1:19-cv-01747-DAD-JLT<br><br>ORDER GIVING EFFECT TO STIPULATION, SUBMITTING ACTION TO ARBITRATION, AND STAYING ACTION<br><br>(Doc. No. 10) |

　　　　On March 27, 2020, the parties to this action filed a stipulation, notifying the court that they had agreed to dismiss all pending claims except for plaintiff's seventh cause of action brought under the California Private Attorneys General Act, California Labor Code § 2699, and to resolve those claims in arbitration. (Doc. No. 10 at 2.) The parties have also stipulated and agreed that plaintiff will pursue his claims on an individual basis only in arbitration pursuant to the terms of the Halliburton Dispute Resolution Program. (*Id*.) The parties have further stipulated to a stay of this action during the pendency of that arbitration and have requested the court to reserve jurisdiction of plaintiff's seventh cause of action under PAGA, with disposition of that claim to take place after the arbitration of plaintiff's other claims is completed. (*Id*.) In addition, the parties have stipulated that, as of March 27, 2020, plaintiff's first amended complaint has not been served pursuant to Federal Rule of Civil Procedure 4 and, therefore, no

responsive pleading is required from Halliburton. (*Id.*)

Pursuant to the parties' stipulation, and good cause appearing, the court orders as follows:

1. This action shall be stayed during the pendency of the arbitration conducted pursuant to the terms of the Halliburton Dispute Resolution Program, and all dates currently scheduled in this action, including the April 28, 2020 Initial Scheduling Conference, are vacated;
2. The parties will notify the court of the conclusion of the arbitration within 30 days following the issuance of the arbitrator's decision; and
3. The court retains jurisdiction over plaintiff's seventh cause of action brought under PAGA.

IT IS SO ORDERED.

Dated: __**March 30, 2020**__  _____
UNITED STATES DISTRICT JUDGE